IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00082 |
| | ) | Judge Trauger |
| | ) | |
| [2] BETTY KATHERINE GENTRY and | ) | |
| [16] TODD ARKALUS BRYANT | ) | |

**O R D E R**

It is hereby **ORDERED** that a status conference will be held in this case on Wednesday, December 12, 2012, at 2:30 p.m.

It is so **ORDERED**.

ENTER this 7th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge