# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00082 |
| | ) | Judge Trauger |
| | ) | |
| [2] BETTY KATHERINE GENTRY and | ) | |
| [16] TODD ARKALUS BRYANT | ) | |

## O R D E R

Another status hearing was held in this case on December 19, 2012. Counsel for the government and Betty Gentry announced that they had agreed on a local psychologist to conduct the government competency evaluation and that that evaluation would be accomplished sometime in early January. It is hereby **ORDERED** that the competency hearing for Betty Gentry shall be held on February 19, 2013 at 1:00 p.m. Mr. Koshy is excused from appearing at the hearing, as he will be trial in another court.

It is further **ORDERED** that Betty Gentry's Motion to Continue Trial (Docket No. 1207) is **GRANTED** and, by separate order, the trial is being reset for August 13, 2013 for these two defendants. Part of the delay is necessitated by the pending competency proceeding related to Betty Gentry, with whom defendant Bryant is joined for trial. Therefore, this time is excludable under 18 U.S.C. § 3161(h)(1)(A). Moreover, attempts to schedule a trial date following the competency hearing in February were hindered by the unavailability of either government counsel or counsel for the defendants on dates earlier than August 13, 2013. The ends of justice served by this additional delay outweigh the best interest of the public and the defendants in a speedy trial, in that the defendants are entitled to counsel of their choice and the continuity of

1

counsel for both the defendants and the government would otherwise be unreasonably denied.

18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

It is so **ORDERED**.

ENTER this 19th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge