# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00082 |
| | ) | Judge Trauger |
| | ) | |
| [2] BETTY KATHERINE GENTRY and | ) | |
| [16] TODD ARKALUS BRYANT | ) | |

### O R D E R

It is hereby **ORDERED** that the deadline for defendant Bryant only to file pretrial motions is extended to March 1, 2013.

It is so **ORDERED**.

ENTER this 20th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge

1