UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

<!-- Motion GRANTED. Hearing reset for 3/27/13 at 1:30 p.m. [handwritten annotation with signature] -->

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:11-cr-00082 |
| v. ) | |
| ) | JUDGE TRAUGER |
| BETTY GENTRY ) | |

### UNOPPOSED MOTION TO CONTINUE COMPETENCY HEARING

The United States of America, by and through J. Alex Little, Assistant United States Attorney for the Middle District of Tennessee, requests the Court to continue the competency hearing currently set for Tuesday, February 19, 2013, at 1 p.m. for at least three weeks.

The United States seeks a continuance due to the United States' expert needing additional time in order to complete his report and additionally for defense counsel to have time to review the government's expert report. Counsel for the defendant states that she is not opposed to this request.

Therefore, for the foregoing reasons, the United States requests the suppression hearing be rescheduled to a date and time convenient to the Court, not earlier than three weeks from the 19th.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

*s\ J. Alex Little*
J. ALEX LITTLE
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151

1