IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

*Motion GRANTED. Hearing reset for 10/9/13 at 2:30 p.m.*

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) No. 3:11-00082 |
| v. | ) |
| | ) JUDGE TRAUGER |
| | ) |
| **BETTY GENTRY** | ) |

### BETTY GENTRY'S MOTION
### TO CONTINUE PLEA HEARING

Defendant, Betty Gentry ("Mrs. Gentry"), respectfully requests that this Honorable Court continue the Plea Hearing currently scheduled for August 19, 2013. In support of this Motion, Mrs. Gentry states as follows:

1. The terms and conditions of the Plea Agreement have not been completely settled. Defense counsel is waiting for the Bank to complete its work.

2. Defense counsel respectfully requests a continuance of several weeks so that the bank has ample time to complete its work. A date any time the week of

1