IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) No. 3:11-00082 |
| v. | ) |
| | ) JUDGE TRAUGER |
| | ) |
| **BETTY GENTRY** | ) |

## DEFENDANT BETTY GENTRY'S
## MOTION FOR WAIVER OF DRUG TESTS

Defendant, Betty Gentry ("Mrs. Gentry"), respectfully requests that this Honorable Court waive the condition of Probation which requires one drug test within 15 days of release on Probation and at least two periodic drug tests. Mrs. Gentry does not use drugs and never tested positive for drug use while on Pre-trial release for three years. Additional testing would be an unnecessary hardship on Mrs. Gentry given the travel difficulties. (Defense counsel will once again need to go get Mrs. Gentry on Thursday, April 10, 2014, and bring her to Nashville so that the ankle bracelet can be put on her). The attorney for the